# Court of Appeals of the State of Georgia

ATLANTA,  November 23, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0541. JAMISON ONIS CORLEY v. KIMBERLY MARIE JACKSON.**

On March 20, 2020, the trial court entered an order legitimating the child of Jamison Onis Corley. The order required, among other things, that Corley pay $2,000.00 in attorney fees. On September 28, 2021, the trial court found Corley in contempt for failing to pay the attorney fees, and Corley appeals.[1] We lack jurisdiction.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from orders in child custody cases "holding or declining to hold persons in contempt of such child custody judgment or orders[,]" the Supreme Court has made clear that this statute only applies to cases in which custody is an issue on appeal. See *Voyles v. Voyles*, 301 Ga. 44, 45-47 (799 SE2d 160) (2017). Because the order at issue does not include any custody provision or contempt of a custody provision, a discretionary application was required. See id. at 47.

---

[1] In a single hearing, the trial court addressed both Jackson's motion for contempt and Corley's complaint for modification of child custody. The actions do not appear to have been consolidated, and the trial court issued separate orders on each matter. Corley's appeal from the order denying his request for modification is pending as Case No. A22A0540.

Corley's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*___11/23/2021_____

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*